# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133529

BRUCE BEAGLE,
       Plaintiff,

v

GENERAL MOTORS CORPORATION,
       Defendant-Appellee,

and

BILLY BURNS and KEN HORTON,
       Defendants-Appellants,

and

CINDY KAYANEK,
       Defendant.

_____/

SC: 133529
COA: 272509
Ingham CC: 98-087845-CZ

On order of the Court, the application for leave to appeal the February 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

d0711